Opinion issued December 18, 2008














In The

Court of Appeals

For The

First District of Texas

____________


NO. 01-08-00874-CR

____________


DAVID BUSTOS, Appellant


V.


THE STATE OF TEXAS, Appellee







On Appeal from the 262nd District Court 

Harris County, Texas

Trial Court Cause No. 1167478






MEMORANDUM OPINION

 On November 5, 2008, appellant (1) filed a motion to dismiss the above-referenced appeal. The motion complies with the Texas Rules of Appellate
Procedure. See Tex. R. App. P. 42.2(a).

 We have not yet issued a decision. Accordingly, the motion is granted and the
appeal is dismissed. 

 The Clerk of this Court is directed to issue the mandate. Tex. R. App. P. 18.1.

PER CURIAM

Panel consists of Chief Justice Radack, and Justices Nuchia and Higley.

Do not publish. Tex. R. App. P. 47.2(b).








 
1. Jerri Yenne, Criminal District Attorney, Brazoria County, Texas